# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

CHASE WEISS

    Plaintiff-Appellant

v.

BOWLING GREEN STATE
UNIVERSITY, *et al.*

    Defendants-Appellees.

Case No: 22-3941

On Appeal from
Case No. 3:22-cv-00140

**RESPOINSE TO APPELLEES'
MOTION TO DISMISS FOR
LACK OF JURISDICTION**

---

Appellant hereby responds to and opposes the Appellee's Motion to Dismiss for Lack of Jurisdiction,

and hereby requests that the Court deny the Appellees' Motion.

Respectively submitted,

/s/Michael K. Ashar
Michael K. Ashar S. Ct. #0015307
Michael K. Ashar & Associates
13010 West Darrow Road
Vermilion, OH 44089-9368
Telephone  440-967-2680
Email: mka@asharlaw.net

*Counsel for Appellant*

## MEMORANDUM IN OPPOSITION TO APPELLEES' MOTION TO DISMISS
## FOR LACK OF JURISDICTION

This is an appeal from a decision dismissing some, but not all, of the claims contained in the *Memorandum Opinion and Order*, District Court Doc#: 24, filed on September 30, 2022, pp 1-28; PageID#: 317-344. and the *Judgment Entry*, District Court Doc#: 35, filed on September 30, 2022, p 1; PageID#: 345.

Pursuant to Rule 54 – Judgment; Costs (b) Judgment on Multiple Claims or Involving Multiple Parties:

When an action presents more than one claim for relief – whether as a claim, counterclaim, crossclaim, or third-party claim - or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Proper certification under Rule 54(b) is a two-step process, first with a *de novo review*, regarding whether or not the district court expressly directed the entry of a final judgment as to fewer than all of the claims or parties in the case; and, second with an *abuse of discretion standard of review*, regarding whether or not the district court properly addressed no just reason for delay. *EJS Properties, LLC v. City of Toledo*, 689 F .ed 535 (6th Cir. 2012) The operative requirement in the second step, is whether the district court set forth its reasoning for a final appealable order as the appellate court must review that reasoning, in order to determine whether or not there is an abuse of discretion. *Solomon v. Aetna Life Ins. Co.*, 782 F. 2d 58 Appellees failed to argue that the district court failed to set forth its reasoning in issuing its judgment. *Solomon*, id at 60, further reasoned that, "the District Court cannot, in the exercise of its discretion, treat as 'final' that which is not 'final' within the meaning of section 1291. But the District Court may, by the exercise of its discretion in the interest of sound judicial administration,

release for appeal final decisions upon one or more, but less than all, claims in multiple claims actions…" For the reasons stated herein above, the Appellant requests that the Appellees' Motion to Dismiss for Lack of Jurisdiction, be denied.

Respectively submitted,

/s/Michael K. Ashar_____
Michael K. Ashar S. Ct. #0015307
Michael K. Ashar & Associates
13010 West Darrow Road
Vermilion, OH 44089-9368
Telephone  440-967-2680
Email: mka@asharlaw.net

*Counsel for Appellant*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPESTYLE REQUIREMENTS.**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(a); the typeface requirements of Fed. R. App. P. 32(a)(5); and, the type-style requirements of Fed. R. App. 32(a)(6).

Respectively submitted,

/s/Michael K. Ashar_____
Michael K. Ashar S. Ct. #0015307
Michael K. Ashar & Associates


**CERTIFICATE OF SERVICE.**

I hereby certify that the foregoing pleading was filed electronically on December 19, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's systems.

Respectively submitted,

/s/Michael K. Ashar_____
Michael K. Ashar S. Ct. #0015307
Michael K. Ashar & Associates